# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02581-SKC

VAN BACH CAO,

      Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Aurora Contract Detention Facility owned and operated by GEO Group, Inc.,
GEORGE VALDEZ, in his official capacity as Field Office Director, Denver, U.S. Immigration & Customs Enforcement,
MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security,
DAVID VENTURELLA, in his official capacity as Acting Director of Immigration & Customs Enforcement, and
TODD BLANCHE, in his official capacity as Acting Attorney General, U.S. Department of Justice,

      Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order entered by United States District Judge S. Kato Crews on July 13, 2026 [Doc. 16], it is

ORDERED that in light of Respondents' certification of compliance with the Court's Order, final judgment is hereby entered in favor of Petitioner and against Respondents.  It is

FURTHER ORDERED that Petitioner shall have his costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that the Court's previous Order [Doc. 6] prohibiting Petitioner's

removal from the District of Colorado or the United States is VACATED.  It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 13th day of July, 2026.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk